# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ISAAC JOHNSON**  **PLAINTIFF**
Reg #14427-010

v.   Case No: 2:23-cv-00049-LPR

**JOHN P. YATES,**
*Warden, FCI – Forrest City*   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.  The outcome is so clear a hearing is not warranted.

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 9.