**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ISAAC JOHNSON**                                                                      **PLAINTIFF**
**Reg #14427-010**

**v.**                                      **Case No: 2:23-cv-00049-LPR**

**JOHN P. YATES,**
*Warden, FCI – Forrest City*                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED.  This case is now closed.

IT IS SO ADJUDGED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE